Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Luis Roman,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case Number: 23-cv-01458 |
| | ) |
| **Deanna M. Brookhart,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner Luis Roman's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. [1]) is DENIED. The Court DECLINES to issue a certificate of appealability.

**Dated:  10/3/2024**

s/ Shig Yasunaga  
Shig Yasunaga  
Clerk, U.S. District Court

/s/JES